IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

EMPLOYERS MUTUAL CASUALTY
COMPANY                                                                                         PLAINTIFF

V.                                                         CIVIL ACTION NO.  4:08CV24TSL-JCS

CINDY TRUHETT                                                                          DEFENDANT

## JUDGMENT

Considering the foregoing Motion for Default Judgment filed by plaintiff, Employers Mutual Casualty Company;

IT IS ORDERED, ADJUDGED AND DECREED that judgment be and the same hereby is entered in favor of Employers Mutual Casualty Company and against Cindy Truhett in the amount of TWO HUNDRED SIXTEEN NINE HUNDRED SIXTY-SEVEN AND 56/100 DOLLARS ($216,967.56), plus interest at the legal rate from July 18, 2007 until paid.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that judgment be and the same is hereby entered in favor of Employers Mutual Casualty Company and against Cindy Truhett in the amount of FIVE HUNDRED THIRTY-THREE AND 17/100 ($533.17), representing the costs incurred in connection with this action.

Jackson, Mississippi this 20th day of  May,  2008.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE

Submitted by:

/s/   *Alona R. Croteau*
ELLIE B. WORD (MSB #100408)
ALONA R. CROTEAU (MSB #102760)
KREBS, FARLEY & PELLETERI, PLLC
400 Poydras Street, Suite 2500
New Orleans, Louisiana 70130
Telephone:    (504) 299-3570
Facsimile:    (504) 299-3582
E-mail:        acroteau@kfplaw.com

ATTORNEYS FOR EMPLOYERS
MUTUAL CASUALTY COMPANY